| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:01CR10029-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 2:12-cr-141 GCS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District/Tennessee | DIVISION Eastern Division |
|---|---|---|
| William Ray Kisor, II<br><br>Circleville, OH 43113 | NAME OF SENTENCING JUDGE James D. Todd | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/05/2011 — TO 10/04/2014 |

**OFFENSE**
Coercion and Enticement of a Juvenile to Engage in Sexual Acts by Means of Electronic Mail and Interstate Telephone System, 18 U.S.C. §2422(b); Criminal Forfeiture, 18 U.S.C. §2253

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Tennessee_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Southern District of Ohio_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 18, 2012
_____
Date

REDACTED
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT OF _____Ohio_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/11/2012
_____
Effective Date

REDACTED
_____
United States District Judge